FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

JUN 2 2 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

JUSTIN CRAWFORD, ET AL.                                              PLAINTIFFS

v.                                         CIVIL ACTION NO. 5:06-CV-299-JBC

LEXINGTON-FAYETTE URBAN
COUNTY GOVERNMENT
                                                                     DEFENDANT

## AGREED PROTECTIVE ORDER

The parties have agreed to the following terms and conditions with regard to the production of personnel files of Lieutenant Jeffrey Carter, Lieutenant, Dwight Hall, Lieutenant Darin Kelly and Sergeant John Taylor.

1. All contents of the personnel files are deemed confidential documents and shall be used solely for the preparation and litigation of the above-entitled action and for no other purpose. Such documents or information contained therein <u>shall not be disclosed to anyone except</u> court personnel, counsel of record (including employees of counsels' respective law firms), and expert witnesses specifically retained in connection with this action, whose access to the documents and any of their contents is required for preparation of the case, provided that such experts read and agree to be bound by this Order.

2. No persons to whom the confidential documents are produced shall make any copies, except for the purposes set forth in paragraph number 1. Any copies of or other writings containing information taken from these confidential records shall be subject to the same restrictions as the original documents. In order to effectuate the terms of this protective order,

counsel will maintain all confidential documents in an appropriate and secure manner to insure that disclosure will take place only in accordance with this confidentiality order.

3. Within thirty days after the conclusion of all proceedings in this matter, the personnel files and copies thereof, shall be returned to counsel for Defendant.

4. The production of the personnel files pursuant to this protective order shall in no way constitute a waiver of any right of either party to object to the admissibility of the contents of such files or other documents in this action or in any other action, nor shall the confidential nature of any document preclude its admission at trial, if the document is otherwise admissible.

5. Any court with jurisdiction over this action shall retain such jurisdiction with respect to this protective order for purposes of enforcing its terms and conditions and to enable any party herein affected to apply for such other and further orders concerning the subject of this order as may be necessary or appropriate.

IT IS SO ORDERED.

Dated the 22d day of June, 2007.

JENNIFER B. COFFMAN, U.S. DISTRICT JUDGE

**HAVE SEEN AND AGREED TO:**


/s/ George J. Miller
George J. Miller
LaToi D. Mayo
Brian C. Baugh
Sharon L. Gold
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233.2012

Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
502.598.5235
COUNSEL FOR DEFENDANT

/s/ Thomas W. Miller
Thomas W. Miller
Don A. Pisacano
Michael J. Cox
David T. Faughn
Elizabeth C. Woodford
Miller, Griffin & Marks, PSC
271 West Short Street, Suite 600
Lexington, KY 40507-1292
COUNSEL FOR PLAINTIFFS

30454470.1